UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMI NATURALITE,

        Plaintiff,　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　　10-CV-13564
vs.
　　　　　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH
GREGORY FORNER, et al.,

        Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge R. Steven Whalen, issued on June 1, 2011 (Dkt. 48). The Magistrate Judge recommends that Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. 4) be denied. Plaintiff has not filed objections to the R&R despite being granted an extension of time in which to do so (Dkt. 59). Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons. Therefore, the Court accepts and adopts the R&R as the findings and conclusions of the Court and denies Plaintiff's motion for a temporary restraining order and preliminary injunction.

      SO ORDERED.


Dated: September 12, 2011　　　　　s/Mark A. Goldsmith
      Flint, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE